UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-08-KSF

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          **ORDER & DEFAULT JUDGMENT**

KATHRYN PAIGE ABRAMS, *et al.*                                   DEFENDANTS

* * * * * * * * *

This matter is before this Court upon the motion of the crossclaimant, Farmers Bank & Trust Company ("Farmers Bank"), for default judgment on its crossclaim against the defendant, Kathryn Paige Abrams. [DE # 16]  On October 15, 2007, the Clerk entered default judgment against Abrams pursuant to Rule 55(a) of the Federal Rules of Civil Procedure based upon her failure to plead or otherwise defend.  Abrams has failed to respond to Farmers Bank's motion for default judgment and the time for so filing has expired.

Accordingly, the Court being fully and sufficiently advised, HEREBY ORDERS AND ADJUDGES that:

(1)     Farmers Bank's motion for default judgment [DE # 16] is GRANTED;

(2)     Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the crossclaimant, Farmers Bank, in the amount of $10,928.50 plus $54.18 in interest through October 1, 2007, late charges in the amount of $1.31, additional interest at the rate of 2.5803 until paid, attorney's fees and costs in the amount of $2,291.76, and late charges accruing from the date of entry of this Order and Judgment until paid; and

(3)    Farmers Bank is adjudged to have a lien against the real property which is the subject of this action which is prior and superior to the interests of all parties herein, except the mortgage lien of the plaintiff, United States of America, and the lien for any delinquent ad valorem real property taxes.

This 15th day of November, 2007.

Signed By:

***Karl S. Forester***    *K S F*

**United States Senior Judge**